UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXTER WOOD,

Plaintiff,

-against-

CAPTAIN JACKSON D. STAPLETON and JOHN DOE NYPD OFFICERS #1–3,

Defendants.

26-CV-4652 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

Plaintiff Dexter Wood, who is appearing *pro se*, is detained at Rikers Island as a pretrial detainee. In liberally construing the complaint, the Court finds that Plaintiff seeks to assert claims under 42 U.S.C. § 1983, alleging violations of Plaintiff's rights under the Fourth, Fifth, and Fourteenth Amendments. Plaintiff names Jackson D. Stapleton, Captain of the 49th Precinct in the Bronx, as the sole defendant, though Plaintiff seems also to assert claims against three John Doe officers.

By order dated June 15, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. For the reasons that follow, the Court (1) directs the Clerk of Court to amend the caption of this action to add as Defendants John Doe Officers 1-3 and Julieann D. Stapleton, who appears to be the Captain of the 49th Precinct; (2) directs the New York City Law Department to identify the John Doe defendants; and (3) directs service on Jackson D. Stapleton and Julieann D. Stapleton.

## DISCUSSION

### A. Adding John Doe Officers and Julieann D. Stapleton

Plaintiff alleges that three unidentified New York Police Department (NYPD) officers were involved in the arrest of Plaintiff giving rise to Plaintiff's claims. Plaintiff does not,

however, list these officers as defendants. Furthermore, Plaintiff names Captain Jackson D. Stapleton as Defendant, but it appears Plaintiff meant to assert the claims against Julieann D. Stapleton.[1] Compl. 1, ECF No. 1.

Under Rule 21 of the Federal Rules of Civil Procedure, the Court, on its own motion, "may at any time, on just terms, add or drop a party." Fed R. Civ. P. 21; see *Anwar v. Fairfield Greenwich, Ltd.* 118 F. Supp. 3d 591, 618–19 (S.D.N.Y. 2015) (Rule 21 "afford[s] courts discretion to shape litigation in the interests of efficiency and justice."). Under this rule, courts have added a party as a defendant in an action, though that party is not named as a defendant in the complaint, because the party is mentioned in "the body of the [c]omplaint" as involved in the underlying alleged events. *George v. Westchester Cnty. Dep't of Corr.*, No. 20-CV-1723 (KMK), 2020 WL 1922691, at *2 (S.D.N.Y. Apr. 21, 2020); *see Adams v. NYC Dep't of Corr.*, No. 19-CV-5009 (VSB), 2019 WL 2544249, at *2 (S.D.N.Y. June 20, 2019).

In light of Plaintiff's *pro se* status and clear intention to assert claims against these three unidentified officers, the Court construes the complaint as asserting claims against John Doe NYPD Officers 1-3. Furthermore, the Court construes the complaint as asserting claims against Julieann D. Stapleton. The Court directs the Clerk of Court to amend the caption of this action to add Defendants John Doe Officers 1-3 and to add Julieann D. Stapleton as a Defendant. This amendment is without prejudice to any defenses John Doe Officers 1-3 or Julieann D. Stapleton may wish to assert.

---

[1] *See 49 Precinct*, N.Y.C. Police Dep't, https://www.nyc.gov/site/nypd/bureaus/patrol/precincts/49th-precinct.page (last visited July 13, 2026).

## B. The John Doe Defendants

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the New York City Law Department to identify the John Doe police officers involved in the arrest that took place on July 23, 2024. *See Koulibaly v. City of New York*, No. 25-cv-7989, 2026 WL 1786003, at *4 (S.D.N.Y. June 22, 2026). It is therefore ordered that the New York City Law Department, the attorney and agent for the NYPD, must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. The New York City Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the newly identified John Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the newly named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## C. E-service for NYPD

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that

Jackson D. Stapleton and Julieann D. Stapleton waive service of summons and that the New York City Law Department respond as directed in the *Valentin* order.[2]

**CONCLUSION**

The Court directs the Clerk of Court to amend the caption of this action to add as Defendants John Doe NYPD Officers 1-3 and Julieann D. Stapleton. *See* Fed. R. Civ. P. 21.

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendant Captain Jackson D. Stapleton and Julieann D. Stapleton waive service of summons and that the New York City Law Department respond as directed in the *Valentin* order.

The Court directs the Clerk of Court to mail Plaintiff an information package.

An "Amended Complaint" form is attached to this order.

SO ORDERED.

Dated: July 14, 2026
New York, New York

JOHN G. KOELTL
United States District Judge

[2] Out of an abundance of caution, the Court is directing service on both Jackson D. Stapleton and Julieann D. Stapleton on the possibility that Plaintiff properly named Jackson D. Stapleton as Defendant.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____________________________________________

____________________________________________

Write the full name of each plaintiff.

_____CV_______________
(Include case number if one has been assigned)

-against-

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

____________________________________________

____________________________________________

____________________________________________

____________________________________________

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _______________________________, is a citizen of the State of
(Plaintiff's name)

_______________________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________________, is a citizen of the State of
(Defendant's name)

______________________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________________________.

If the defendant is a corporation:

The defendant, __________________________, is incorporated under the laws of

the State of __________________________________

and has its principal place of business in the State of __________________________

or is incorporated under the laws of (foreign state) __________________________

and has its principal place of business in __________________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____________________________________________________________________
First Name Middle Initial Last Name

_____________________________________________________________________
Street Address

_____________________________________________________________________
County, City State Zip Code

_________________________ _________________________________
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated Plaintiff's Signature

First Name Middle Initial Last Name

Street Address

County, City State Zip Code

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.