UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXTER WOOD,

Plaintiff,

- against -

JULIEANN D. STAPLETON, ET AL.,

Defendants.

26-cv-4652 (JGK)

Order

**John G. Koeltl, District Judge:**

The Clerk of Court is directed to electronically notify the New York City Police Department ("NYPD") and the New York City Law Department of this Order. The Court requests that Jorge Santiago, Christopher Chin, and James Biondo waive service.[1]

**SO ORDERED.**

**Dated:** New York, New York
September 15, 2026

John G. Koeltl
United States District Judge

[1] In its letter to the Court regarding the identities of certain defendants, dated Sep. 11, 2026 (ECF No. 11), the New York City Law Department provided the following information: Jorge Santiago, Tax ID No. 958054, is assigned to the Warrant Section and may be served at 300 Gold Street, Brooklyn, NY 11201; Christopher Chin, Tax ID No. 958402, is assigned to the Warrant Section and may be served at 300 Gold Street, Brooklyn, NY 11201; and James Biondo, Tax ID No. 936208, is no longer with the NYPD. As of the time of that letter's writing, the New York City Law Department was working with the NYPD Legal Bureau to arrange for Mr. Biondo to designate the NYPD to accept service on his behalf at 1 Police Plaza, Room 110-A, New York, NY 10038. See ECF No. 11 at 2.