**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Tel.: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

November 20, 2026

**By ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The Clerk is respectfully requested to amend the ECF Docket to reflect that John Doe Officers 1-3 are Jorge Santiago, Christopher Chin, and James Biondo. The deadline for these 3 defendants to waive service is extended to 1 week after the ECF docket is updated. SO ORDERED. John G. Koeltl U.S.D.J. 11/21/26

Re: Dexter Wood v. Julieann D. Stapleton, et al., 26 Civ. 4652 (JGK)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks and the attorney representing the Interested Party the Corporation Counsel of the City of New York in the above-referenced matter.[1] This Office writes to respectfully request that the Court or the Clerk of Court amend the Electronic Case Filing ("ECF") docket to identify "John Doe NYPD Officers 1–3" as Jorge Santiago, Christopher Chin, and James Biondo, as identified by this Office on September 11, 2026. (See ECF Dkt. No. 11). This Office further respectfully requests the deadline for the aforementioned Defendants to waive service be extended until one (1) week after the ECF docket has been updated to reflect their identities. The undersigned was unable to ascertain Plaintiffs position to this application.

By way of background, Plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging violations of her 4th, 5th, and 14th Amendment Rights against New York City Police Department ("NYPD") Captain Jackson D. Stapleton. (See ECF Dkt. No. 1). On July 14, 2026, the Court construed "the complaint as asserting claims against John Doe NYPD Officers 1-3." (See ECF Dkt. No. 8). The Court further ordered this Office to "ascertain the identity and badge number[s] of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served" and to "provide this information to Plaintiff and the Court within sixty days of the date of this order." (Id.).

[1] This case has been assigned to Assistant Corporation Counsel Alex De La Rua, who has passed the New York State Bar Exam and is currently awaiting admission. Mr. De La Rua is handling this matter under my supervision and may be reached at (212) 356-2249 or adelarua@law.nyc.gov.

Thereafter, this Office investigated the allegations in the Complaint and provided the identity and badge numbers of "John Doe NYPD Officers 1-3" on September 11, 2026. (See ECF Dkt. No. 11). "John Doe NYPD Officers 1-3" were identified as Jorge Santiago, Chirstopher Chin, and James Biondo. (Id.). On September 15, 2026, the Court requested that the above identified Defendant's waive service by October 15, 2026. (See ECF Dkt. No. 12).

On October 15, 2026, this Office filed its first letter motion requesting an extension of time for Defendant Stapleton to answer the Complaint, an extension of time for the three aforementioned NYPD Officers to waive service, and that the Court direct Plaintiff to amend the Complaint or, in the alternative, deem the original Complaint amended to reflect the names of the identified officers. (See ECF Dkt. No. 17). On October 16, 2026, the Court issued an Order granting all Defendants an extension of time to respond to the Amended Complaint until December 18, 2026, and deeming the Complaint amended to replace "John Doe NYPD Officers 1–3" with Jorge Santiago, Christopher Chin, and James Biondo. (See ECF Dkt. No. 18).

This Office has remained in communication with the NYPD regarding the waiver of service for the aforementioned officers. However, the undersigned made the October 15, 2026, request with the understanding that the NYPD would be able to waive service on behalf of these officers. However, the NYPD has since advised this Office that it remains unable to waive service because the ECF docket has not been updated to specifically identify the officers by name. I sincerely apologize, as this misunderstanding has caused an unnecessary delay in allowing this case to move forward.

Accordingly, this Office respectfully requests that the Court or the Clerk of Court update the ECF docket to reflect the identities of "John Doe NYPD Officers 1–3" as Jorge Santiago, Christopher Chin, and James Biondo. This Office further respectfully requests that the deadline for these Defendants to waive service be extended until one (1) week after the ECF docket has been updated, to provide NYPD sufficient time to effectuate the waivers of service.

The undersigned thanks the Court for its time and consideration herein.

Respectfully submitted,

/s/ *Joseph Zangrilli*
Joseph Zangrilli
*Special Federal Litigation Division*

Cc: **Via First Class Mail**
Dexter Wood – Plaintiff pro se
330 West 36th Street, Apt 502
New York, NY 10018